# Exhibit C

Feasibility Analysis

| | Opening Balance Sheet | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Income Statement** | | | | |
| Revenues | | 2,405,951.00 | 5,400,000.00 | 9,900,000.00 |
| Gross Margin | | 854,642.75 | 2,052,000.00 | 4,455,000.00 |
| SG&A Expenses | - | 3,246,063.18 - | 3,570,669.50 - | 4,284,803.40 |
| Profit and Loss | - | 2,391,420.43 - | 1,518,669.50 | 170,196.60 |
| | | | | |
| **Balance Sheet** | | | | |
| Assets | | | | |
| Cash | 11,000,000.00 | 8,210,289.64 | 6,625,087.90 | 6,510,270.06 |
| Inventory | 250,000.00 | 360,000.00 | 660,000.00 | 1,210,000.00 |
| Other Current Assets | - | - | - | - |
| Current Assets | 11,250,000.00 | 8,570,289.64 | 7,285,087.90 | 7,720,270.06 |
| Fixed Assets | 641,000.00 | 907,666.67 | 774,333.33 | 641,000.00 |
| Other Assets | 23,614,000.00 | 23,614,000.00 | 23,614,000.00 | 23,614,000.00 |
| Total Assets | 35,505,000.00 | 33,091,956.31 | 31,673,421.23 | 31,975,270.06 |
| | | | | |
| **Liabilities and Equity** | | | | |
| Accounts Payable | - | 129,275.69 | 279,000.00 | 453,750.00 |
| Accrued Expenses | 150,000.00 | 54,101.05 | 59,511.16 | 71,413.39 |
| Total Current Liabilities | 150,000.00 | 183,376.74 | 338,511.16 | 525,163.39 |
| Other Liabilities | 355,000.00 | 300,000.00 | 245,000.00 | 190,000.00 |
| Total Liabilities | 505,000.00 | 483,376.74 | 583,511.16 | 715,163.39 |
| | | | | |
| Retained Earnings - Beginning | - | - | 2,391,420.43 - | 3,910,089.93 |
| Net Income | - | 2,391,420.43 - | 1,518,669.50 | 170,196.60 |
| Retained Earnings - Ending | - | 2,391,420.43 - | 3,910,089.93 - | 3,739,893.33 |
| Shareholders Equity | 35,000,000.00 | 35,000,000.00 | 35,000,000.00 | 35,000,000.00 |
| Total Equity | 35,000,000.00 | 32,608,579.57 | 31,089,910.07 | 31,260,106.67 |
| | | | | |
| Total Liabilities and Equity | 35,505,000.00 | 33,091,956.31 | 31,673,421.23 | 31,975,270.06 |
| | - | - | - | - |
| **Cash Flow Statement** | | | | |
| Net Income | - | 2,391,420.43 - | 1,518,669.50 | 170,196.60 |
| Non-cash charges | | | | |
| Depreciation and Amortization | | 133,333.33 | 133,333.33 | 133,333.33 |
| EBITDA | - | 2,258,087.10 - | 1,385,336.16 | 303,529.94 |
| Working Capital Changes | - | 131,623.26 - | 199,865.58 - | 418,347.77 |
| Cash from Operating Activities | - | 2,389,710.36 - | 1,585,201.75 - | 114,817.83 |
| | | | | |
| Cash from Investing Activities | - | 400,000.00 | - | - |
| Cash from Financing Activities | | - | - | - |
| | | | | |
| Net Change in Cash | - | 2,789,710.36 - | 1,585,201.75 - | 114,817.83 |
| Beginning Cash | | 11,000,000.00 | 8,210,289.64 | 6,625,087.90 |
| Ending Cash | 11,000,000.00 | 8,210,289.64 | 6,625,087.90 | 6,510,270.06 |