# Exhibit D

Liquidation Analysis

Tamara Mellon Brand LLC
Liquidation Valuation projected as of December 31, 2015
($ in thousands)

|  | Book Value | Realization Rate Low | Realization Rate High | Liquidation Value Low | Liquidation Value High |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | 20 | 100% | 100% | 20 | 20 |
| Accounts Receivable | 5 | 50% | 70% | 3 | 4 |
| Inventory | 250 | 10% | 25% | 25 | 63 |
| Fixed Assets | 606 | 4% | 7% | 24 | 42 |
| Other Current Assets | 146 | 0% | 0% | - | - |
| Non-Current Assets-(incl. security deposit) | 1,535 | 0% | 20% | - | 307 |
|  |  |  |  | 72 | 435 |
| Chapter 7 Trustee Fees |  |  |  | (2) | (13) |
| Professional Fees and Windown Costs |  |  |  | (50) | (50) |
| **Distributable Proceeds** |  |  |  | 20 | 372 |