# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TAMARA MELLON BRAND, LLC | ) | Case No. 15-12420 (KG) |
| | ) | |
| Debtor.[1] | ) | |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 15, 2016 AT **1:00 P.M.** (EASTERN TIME)[3]

**AT THE DIRECTION OF THE COURT, THE HEARING TIME HAS CHANGED FROM 1:30 P.M. (ET) TO 1:00 P.M. (ET)**

**ADJOURNED MATTER:**

1. Debtor's Application For Entry Of An Order Under Sections 327(a) And 1107(b) Of The Bankruptcy Code, Rules 2014 And 2016 Of The Federal Rules Of Bankruptcy Procedure, And Local Rules 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Bankruptcy Counsel For The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 58, Filed 12/23/15).

   Response Deadline: January 6, 2016 at 4:00 p.m. (ET).

   Response Received:

   (a) United States Trustee's Objection To Debtor's Application For Entry Of An Order Under Sections 327(a) And 1107(b) Of The Bankruptcy Code, Rules 2014 And 2016 Of The Federal Rules Of Bankruptcy Procedure, And Local Rules 2014-1 And 2016-1 Authorizing Retention And Employment Of Morris, Nichols, Arsht & Tunnell LLP As Bankruptcy Counsel For The Debtor, *Nunc Pro Tunc* To The Petition Date (D.I. 63, Filed 1/7/16).

   Related Pleadings: None.

   Status: This matter is being adjourned by the agreement of the Debtor and the U.S. Trustee to a date to be determined; but not prior to the second week in

---

[1] The last four digits of the Debtor's federal tax identification number are 7426. The Debtor's address is 660 Madison Avenue, New York, NY, 10065.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3] The hearing will be held before Judge Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

February 2016, with an extended reply deadline one week before the adjourned hearing date.

**UNCONTESTED MATTERS GOING FOWARD:**

2.  Debtor's Motion For Entry Of An Order Pursuant To Section 365 Of The Bankruptcy Code Authorizing Debtor To Reject A Certain Lease Of Nonresidential Real Property (D.I. 59, Filed 12/23/15).

    Response Deadline:  January 6, 2016 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:  None.

    Status:  The Debtor and the landlord have been in discussions concerning the potential assumption of an amended lease.  The Debtor will update the Court as to the status of this matter at the hearing.

3.  Debtor's Motion For Entry Of An Order Pursuant To Section 365 Of The Bankruptcy Code Authorizing Debtor To Reject Certain Executory Contracts (D.I. 79, Filed 1/11/16).

    Response Deadline:  At or before the hearing.

    Responses Received:  None, as yet.

    Related Pleading:

    (a)  Order Pursuant To 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Del. Bankr. L.R. 9006-1(e) Shortening Notice of Debtor's Motion For Entry Of An Order Pursuant To Section 365 Of The Bankruptcy Code Authorizing Debtor To Reject Certain Executory Contracts (D.I. 81, Entered 1/12/16).

    Status:  This matter is going forward.

**CONTESTED MATTER GOING FOWARD:**

4.  Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 3, Filed 12/2/15).

    Response Deadline:  January 8, 2016 at 4:00 p.m. (ET).

    Responses Received:

    (a)  United States Trustee's Objection To The Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 65, Filed 1/8/15); and

(b)  Objection Of IPGL Investments USA, Inc., Wilton Place, Inc. And Westerdale, Inc. To Confirmation Of Debtor's Prepackage Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 84, Filed 1/12/16).

Related Pleadings:

(a)  Disclosure Statement For Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 4, Filed 12/2/15);

(b)  Order (A) Scheduling A Combined Hearing On Debtor's Disclosure Statement And Plan Confirmation, (B) Establishing An Objection Deadline And Procedures For Objecting To The Disclosure Statement, Plan And Assumption Of Executory Contracts And Unexpired Leases, (C) Approving Solicitation Procedures, (D) Approving The Form And Notice Of The Combined Hearing, And (E) Granting Related Relief (D.I. 27, Entered 12/8/15);

(c)  Notice Of Commencement of Case Under Chapter 11 Of The Bankruptcy Code -And- Notice Of Combined Hearing To Approve Adequacy Of Disclosure Statement, Adequacy Of Solicitation Procedures And Confirmation Of Prepackaged Plan Of Reorganization (D.I. 34, Filed 12/9/15);

(d)  Supplemental Notice Of Confirmation Hearing For Prepackaged Plan Of Reorganization (D.I. 45, Filed 12/14/15);

(e)  Notice Of Filing Of Plan Supplement (D.I. 61, Filed 1/4/16);

(f)  Declaration Of Tamara Mellon In Support Of Confirmation Of Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 86, Filed 1/13/16);

(g)  Debtor's Memorandum Of Law In Support Of Its Request for An Order (I) Approving The (A) Disclosure Statement Pursuant To Sections 1125 And 1126(b) Of The Bankruptcy Code, (B) Solicitation Of Votes And Voting Procedures And (C) Forms Of Ballots And (II) Confirming The Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 87, Filed 1/13/16);

(h)  Notice Of Filing Of Proposed Findings Of Fact, Conclusions Of Law And Order (I) Approving The Debtor's (A) Disclosure Statement Pursuant To Sections 1125 And 1126(b) Of The Bankruptcy Code, (B) Solicitation Of Votes And Voting Procedures And (C) Forms Of Ballots And (II) Confirming The Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 88, Filed 1/13/16);

    (i)    Debtor's Reply To The Objection Of Objection Of IPGL Investments USA, Inc., Wilton Place, Inc. And Westerdale, Inc. To Confirmation Of Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (**D.I. 93, Filed 1/13/16**) **[FILED UNDER SEAL]**;

    (j)    Debtor's Reply To The Objection Of Objection Of IPGL Investments USA, Inc., Wilton Place, Inc. And Westerdale, Inc. To Confirmation Of Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (**D.I. 94, Filed 1/13/16**) **[REDACTED VERSION]**;

    (k)    Tamara Mellon's Joinder To Debtor's Reply Brief And Statement In Support Of Plan Confirmation (**D.I. 95, Filed 1/13/16**);

    **(l)**    **Declaration Of Natasha J. Fernández-Silber (D.I. 98, Filed 1/13/16); and**

    **(m)**    **Exhibits To Declaration Of Natasha J. Fernández-Silber In Support Of Tamara Mellon's Joinder To Debtors Reply Brief And Statement In Support Of Plan [Re: D.I. 98] (D.I. 99, Filed 1/13/16) [FILED UNDER SEAL].**

Status: This matter is going forward. The Debtor believes that the amendments to the proposed plan set forth in the proposed confirmation order resolve the objections of the U.S. Trustee.

**ADDITIONAL MATTERS GOING FOWARD:**

5.    **Debtor's Motion To File Under Seal Exhibits To The Debtor's Reply To The Objection Of IPGL Investments USA, Inc., Wilton Place, Inc. And Westerdale, Inc. To Confirmation Of Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 91, Filed 1/13/16).**

    **Response Deadline:** At or before the hearing.

    **Responses Received: None, as yet.**

    **Related Pleading:**

    (a)    **Debtor's Motion For An Order Pursuant To 11 U.S.C. §§ 102(1) And 105(a), Fed. R. Bankr. P. 9006 And Del. Bankr. L.R. 9006-1(e) Shortening Notice Of Debtor's Motion To File Under Seal Exhibits To The Debtor's Reply To The Objection Of IPGL Investments USA, Inc., Wilton Place, Inc. And Westerdale, Inc. To Confirmation Of Debtor's Prepackaged Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code (D.I. 92, Filed 1/13/16) (the "Motion Shortening Notice").**

      **Status:**  This matter is going forward, subject to the Court's approval of the Motion Shortening Notice.

6.    **Motion Of Tamara Mellon For Authority To File Under Seal Documents Referenced In The Joinder To Debtor's Reply Brief And Statement In Support Of Plan Confirmation (D.I. 96, Filed 1/13/16).**

      **Response Deadline:**  At or before the hearing.

      **Responses Received:** None, as yet.

      **Related Pleading:**

      (a)    Motion To Shorten Notice On Motion Of Tamara Mellon For Authority To File Under Seal Documents Referenced In The Joinder To Debtor's Reply Brief And Statement In support Of Plan Confirmation (D.I. 97, Filed 1/13/16) (the "**Motion Shortening Notice**").

      **Status:**  This matter is going forward, subject to the Court's approval of the Motion Shortening Notice.

Dated:  January 13, 2016  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

     */s/ Daniel B. Butz*  
Derek C. Abbott (No. 3376)  
Daniel B. Butz (No. 4227)  
Tamara K. Minott (No. 5643)  
1201 N. Market St., 16th Flr.  
P.O. Box 1347  
Wilmington, DE  19899-1347  
Telephone: (302) 658-9200  
Facsimile:  (302) 658-3989  
dabbott@mnat.com  
dbutz@mnat.com  
tminott@mnat.com

*Proposed Counsel for Debtor and Debtor in Possession*

9773836.2