# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | TAMARA MELLON BRAND, LLC | | |
| **Case Number:** | 15-12420-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 15, 2016 01:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

### *Matter:*

DISCLOSURE STATEMENT & CONFIRMATION - (Contested - 3 witnesses)

**R / M #:**   100 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - Adjourned to date TBD

#2 - Status conference given, trying to work out agreement with Landlord

#3 - Approved ORDER SIGNED

#4 - Confirmed Plan - Order to be submitted under Certification of Counsel next Tuesday or Wednesday.

#5 - Granted - ORDER SIGNED

#6 - Granted - Order to be submitted - ORDER SIGNED